UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| BRENDA ARLENE ROGERS, | ) |
| *Plaintiff*, | ) Case No. 4:20-cv-8 |
| | ) |
| v. | ) Judge Travis R. McDonough |
| | ) |
| | ) Magistrate Judge Susan K. Lee |
| SOCIAL SECURITY ADMINISTRATION, COMMISSIONER OF | ) |
| *Defendant*. | ) |

**ORDER**

Before the Court is Plaintiff's motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act ("EAJA") (Doc. 32). Defendant responded to Plaintiff's motion, indicating that he did not object to the requested award of attorneys fees (Doc. 35).

On June 9, 2021, U.S. Magistrate Judge Susan K. Lee issued a report and recommendation, recommending that: (1) Plaintiff's motion for attorney's fees and expenses (Doc. 32) be granted; and (2) that the EAJA fee be payable to Plaintiff. (Doc. 36, at 3–4.) Magistrate Judge Lee concluded that Plaintiff should be awarded attorney's fees for 21 hours of attorney work and 6.4 hours of paralegal work plus $17.25 for a total of $4,353.29. (*Id.* at 3.) Neither party filed a timely objection to Magistrate Judge Lee's report and recommendation.

The Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's report and recommendation (Doc. 36), and Plaintiff's motion for fees and expenses (Doc. 32) is hereby **GRANTED**. Plaintiff is **AWARDED** attorney's fees for 21 hours of attorney work and 6.4 hours of paralegal work plus $17.25 for a total of $4,353.29.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**